*E-FILED - 6/6/07*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

SERIOUS MATERIALS, LLC, a
Delaware limited liability
company,

              Plaintiff(s),

v.

SUPRESS PRODUCTS, LLC, a Nevada
limited liability company,

              Defendant(s).

CASE NO. C07-01328 RMW

STIPULATION AND [~~PROPOSED~~]
ORDER SELECTING ADR PROCESS

    Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**

    ☐ Non-binding Arbitration (ADR L.R. 4)
    ☐ Early Neutral Evaluation (ENE) (ADR L.R. 5)
    ☐ Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R . 3-5)*

**Private Process:**

    [X] Private ADR *(please identify process and provider)* <u>Private mediation with a JAMS mediator.</u>

The parties agree to hold the ADR session by:

    [X] the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

    ☐ other requested deadline _____

Dated: <u>May 25, 2007</u>

                              Attorney for Plaintiff
                              SERIOUS MATERIALS, LLC

Dated: <u>May 25, 2007</u>

                              Attorney for Defendant
                              SUPRESS PRODUCTS, LLC

## [PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

- [ ] Non-binding Arbitration
- [ ] Early Neutral Evaluation (ENE)
- [ ] Mediation
- [X] Private ADR

Deadline for ADR session

- [X] 90 days from the date of this order.
- [ ] other _____

IT IS SO ORDERED.

Dated: __6/6/07__

*Ronald M. Whyte*

The Honorable Ronald M. Whyte
UNITED STATES   District   JUDGE

# PROOF OF SERVICE

I, the undersigned, declare that I am a resident of the State of California, employed in the County of San Francisco, over the age of eighteen years and not a party to the within action. My business address is: Farella Braun + Martel LLP, 235 Montgomery Street, 17th Floor, San Francisco, California 94104.

On this date I served the within document(s):

**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**

__X__   **BY ELECTRONIC FILING:** the within document(s), the automatically generated notification for which constitutes service pursuant to General Order 45, Section IX(A) and (B).

> Morgan W. Tovey, Esq. (mtovey@reedsmith.com)
> Jonah D. Mitchell, Esq. (jmitchell@reedsmith.com)
> REED SMITH LLP
> Two Embarcadero Center, Suite 2000
> San Francisco, CA 94111-3922
> Telephone: 415-543-8700
> Facsimile: 415-391-8269
> Attorneys for Defendant/Counterclaimant – Supress Products, LLC

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed in San Francisco, California on **May 25, 2007.**

/s/
Lawrence L. Coles