1
2
3
4                                              **E-FILED on __10/25/07____**
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
10                              SAN JOSE DIVISION
11

**United States District Court**
**For the Northern District of California**

| | |
|---|---|
| 12  SERIOUS MATERIALS, LLC, | No. C-07-01328 RMW |
| 13        Plaintiff, | |
| 14        v. | ORDER |
| 15  SUPRESS PRODUCTS, LLC, | **[Re Docket No. 28]** |
| 16        Defendant. | |
| 17 | |

18
19          On October 12, 2007, the parties filed a Joint Claim Construction and Prehearing Statement
20   as required pursuant to Patent Local Rule 4-3.  The parties have agreed that the claim construction
21   hearing will take from two to four hours, but the Statement indicated that the parties have
22   disagreement as to whether a prehearing conference is necessary in advance of the claim
23   construction hearing scheduled for January 8, 2008 at 9:00 a.m.  Defendant does not believe a
24   prehearing conference is required; plaintiff asserts that a prehearing conference is necessary to
25   present a tutorial and to clarify the court's presentation preferences and whether dispositive motions
26   will be argued contemporaneously.
27          Based upon the Statement, it would appear that U.S. Patent 7,181,891 involves technology
28   that is relatively accessible to the court and that only two claim terms, "laminated structure" and
     "floors," are disputed (although the parties have also agreed to reserve the option of requesting

ORDER—No. C-07-01328 RMW
MAG

1  construction of the term "non-honeycomb").  Accordingly, should the parties wish to present a

2  tutorial, the tutorial should be given as part of the claim construction hearing, rather than as part of a

3  separate prehearing conference.  The tutorial should be no more than one hour.  The parties may, if

4  necessary, add one hour to the estimated time for the claim construction hearing to accommodate for

5  the presentation of a tutorial.  Any motion for summary judgment for infringement,

6  non-infringement, validity or invalidity which is dependent upon claim construction (which the court

7  ordered be filed by November 26, 2007 along with the opening claim construction brief pursuant to

8  its August 20, 2007 case management order) shall be argued at the claim construction hearing.

9

10  DATED:          10/19/07                                    _Ronald M Whyte_____

11                                                             RONALD M. WHYTE
                                                               United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

ORDER—No. C-07-01328 RMW
MAG                                        2

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

| | |
|---|---|
| John L. Cooper | jcooper@fbm.com |
| Jeffrey M. Fisher | jfisher@fbm.com |
| June Tsu-Ain Tai | jtai@fbm.com |

**Counsel for Defendants:**

| | |
|---|---|
| Jonah Dylan Mitchell | jmitchell@reedsmith.com |
| Morgan William Tovey | mtovey@reedsmith.com |

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**     10/25/07                              /s/ MAG
                                                **Chambers of Judge Whyte**

United States District Court
For the Northern District of California

ORDER—No. C-07-01328 RMW
MAG                                                     3