Morgan W. Tovey (SBN 136242)
Email: mtovey@reedsmith.com
Jonah D. Mitchell (SBN 203511)
Email: jmitchell@reedsmith.com
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA 94120-7936

Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

Attorneys for Defendant and Counterclaimant
Supress Products, LLC

*\*E-FILED - 1/3/08\**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SERIOUS MATERIALS, LLC, a Delaware limited liability company, <br><br> Plaintiff, <br><br> vs. <br><br> SUPRESS PRODUCTS, LLC, a Nevada limited liability company, <br><br> Defendant. | No.: C-07-01328 RMW <br><br> [PROPOSED] ORDER GRANTING SUPRESS PRODUCTS, LLC'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL <br><br> Honorable Ronald M. Whyte |
| SUPRESS PRODUCTS, LLC, a Nevada limited liability company, <br><br> Counterclaimant, <br><br> vs. <br><br> SERIOUS MATERIALS, LLC, a Delaware limited liability company, <br><br> Counterdefendant. | |

No.: C-07-01328 RMW
[PROPOSED] ORDER GRANTING SUPRESS PRODUCTS, LLC'S
ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL

DOCSSFO-12500918.1

Having considered Defendant Supress Products, LLC's Administrative Motion to File Documents Under Seal, as well as the Declaration of Jonah D. Mitchell submitted by Defendant in Support of the Administrative Motion to File Documents Under Seal, the Court finds that good cause exists for an order sealing documents. Accordingly, it is HEREBY ORDERED that Exhibit S to the Declaration of Jonah D. Mitchell in support of Defendant's Motion for an "Exceptional Case" Determination and for Attorneys' Fees and Costs, and the Memorandum of Points and Authorities in Support of Defendant's Motion for an "Exceptional Case" Determination and for Attorneys' Fees and Costs shall be filed under seal.

**IT IS SO ORDERED.**

DATED: ~~December~~ 1/3/08 ~~, 2007~~

*Ronald M. Whyte*
_____
HONORABLE RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE

No.: C-07-01328 RMW — 1 — DOCSSFO-12500918.1

~~[PROPOSED]~~ ORDER GRANTING SUPRESS PRODUCTS, LLC'S
ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL