IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERIOUS MATERIALS, LLC,<br><br>　　　　Plaintiff,<br><br>　-v-<br><br>SUPPRESS PRODUCTS, LLC,<br><br>　　　　Defendant. | ***E-FILED - 1/3/08*** <br>CASE NO.: C-07-01328-RMW<br><br>**SEALING ORDER** |

IT IS HEREBY ORDERED that Exhibit FF to the Declaration of John L. Cooper Regarding Confidentiality of Documents in Defendants' Administrative Motion to File Under Seal shall be filed under seal.

IT IS SO ORDERED.

DATED: January 3, 2008

　　　　　　　　　　　　　　　　　　　　　　　　*Ronald M Whyte*
　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　RONALD M. WHYTE
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1
2
3  Copy of Order E-Filed to Counsel of Record:
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28