**United States District Court**
For the Northern District of California

**E-FILED on** 1/10/08

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SERIOUS MATERIALS, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SUPRESS PRODUCTS, LLC,<br><br>　　　　Defendant. | No. C-07-01328 RMW<br><br>ORDER GRANTING MOTION TO SHORTEN TIME AND GRANTING MOTION FOR LEAVE TO FILE MOTION FOR SANCTIONS<br><br>**[Re Docket No. 56, 59]** |

　　　　Plaintiff Serious Materials, LLC ("Serious") moves to shorten time on its motion for leave to seek Rule 11 sanctions against defendant Supress Products, LLC ("Supress").[1] Serious seeks to have its motion for leave to file sanctions (which was filed on January 4, 2008), heard on Friday, January 11, 2008. Supress opposes the motion to shorten time. The court deems the motion appropriate for submission on the papers. *See* Civ. L.R. 7-1(b).

---

[1] Serious acknowledges that it is necessary for it to obtain leave of the court to file a motion for sanctions when a party seeks to file the motion more than 14 days after entry of judgment. *See, e.g.* N.D. Cal. L.R. 7-8(d) ("Unless otherwise ordered by the Court, no motion for sanctions may be served and filed more than 14 days after entry of judgment by the District Court.").

1    Following the parties' settlement and dismissal with prejudice of Serious' claims in this
2 patent case and dismissal without prejudice of Supress' counterclaims for declaratory relief, *see*
3 Docket No. 33, Supress filed a motion for an exceptional case determination and for attorney's fees
4 and costs on December 10, 2007 ("attorney's fees motion").  Originally set for hearing for January
5 18, 2008, the hearing has been continued to February 15, 2008.

6    Serious has filed a motion seeking leave to file for Rule 11 sanctions against Supress,
7 contending that the attorney's fees motion is frivolous.  It seeks to have its motion for leave heard on
8 shortened time so that it may file a motion for Rule 11 sanctions so as to have the sanctions motion
9 heard on the same date as Supress' attorney's fees motion.  Although Supress apparently does not
10 intend to oppose Serious' motion seeking leave to file for Rule 11 sanctions, it nonetheless argues
11 that the court should not grant leave to file until the motion for attorney's fees is heard.

12    As set forth above, Serious contends that Supress' motion for attorney's fees is frivolous and
13 untimely.  It seeks to have the motion for sanctions heard on the same date as the motion for
14 attorney's fees, asserting that because the issues are closely related a combined hearing would
15 promote judicial economy and permit litigation to come to a more expeditious conclusion.  Supress,
16 on the other hand, contends that if the court determines that this case qualifies as an exceptional
17 case, the motion for sanctions will be moot and the parties would have briefed the sanctions motion
18 for nothing, resulting in additional and unnecessary litigation costs.

19    Since Supress' motion for attorneys' fees has been moved to February 15, 2008, Serious will
20 have the normal time in which to file an opposition to Supress' motion.  Further, hearing both
21 motions on the same date will not burden the parties because the underlying factual issues overlap
22 and will save the parties from any prejudice of having to make two court appearances.

23    Accordingly, the motion to shorten time is granted and the motion for leave to file for Rule
24 11 sanctions is granted.  Both the motion for attorneys' fees and the motion for sanctions will be
25 heard on February 15, 2008.

27 DATED:     1/10/08

*Ronald M Whyte*

RONALD M. WHYTE
United States District Judge

United States District Court
For the Northern District of California

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

John L. Cooper jcooper@fbm.com
Jeffrey M. Fisher jfisher@fbm.com
June Tsu-Ain Tai jtai@fbm.com

**Counsel for Defendants:**

Jonah Dylan Mitchell jmitchell@reedsmith.com
Morgan William Tovey mtovey@reedsmith.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:** 1/10/08

TSF
**Chambers of Judge Whyte**