| | |
|---|---|
| 1 | Morgan W. Tovey (SBN 136242) |
|   | Email: mtovey@reedsmith.com |
| 2 | Jonah D. Mitchell (SBN 203511) |
|   | Email: jmitchell@reedsmith.com |
| 3 | REED SMITH LLP |
|   | Two Embarcadero Center, Suite 2000 |
| 4 | San Francisco, CA 94111-3922 |
| 5 | **Mailing Address:** |
|   | P.O. Box 7936 |
| 6 | San Francisco, CA 94120-7936 |
| 7 | Telephone:   415.543.8700 |
|   | Facsimile:    415.391.8269 |
| 8 | |
|   | Attorneys for Defendant and Counterclaimant |
| 9 | Supress Products, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-Filed 2/2/08

| | |
|---|---|
| SERIOUS MATERIALS, LLC, a Delaware limited liability company, | No.: C 07-01328-RMW |
| Plaintiff, | **STIPULATION AND [XXXXXXXXXX] ORDER SHORTENING THE TIME IN WHICH SUPRESS PRODUCTS, LLC'S MOTION FOR REVIEW OF THE CLERK'S TAXATION OF COSTS WILL BE HEARD** |
| vs. | |
| SUPRESS PRODUCTS, LLC, a Nevada limited liability company, | |
| Defendant. | |
| SUPRESS PRODUCTS, LLC, a Nevada limited liability company, | |
| Counterclaimant, | |
| vs. | |
| SERIOUS MATERIALS, LLC, a Delaware limited liability company, | |
| Counterdefendant. | |

The parties, by and through their undersigned counsel of record, hereby stipulate to (1) shorten the time in which Defendant Supress Products, LLC's Motion for Review of Clerk's Taxation of Costs will be heard and (2) modify the page-limits for the briefing in connection with Supress' Motion for Review of Clerk's Taxation. Supress' Motion for an "Exceptional Case" Determination and for Attorneys' Fees and Costs and Plaintiff Serious Materials, LLC's Motion for Sanctions Pursuant to Federal Rule of Civil Procedure 11 are currently scheduled for hearing on February 15, 2008 at 9:00 a.m. The parties believe it will be more efficient to have Supress' Motion for Review heard at the same time as Supress Exceptional Case Motion and Serious Materials' Rule 11 Motion. Accordingly, the parties stipulate to the following schedule and page-limits:

| Event | Date | Page Limit |
|---|---|---|
| Supress Motion for Review | February 1, 2008 | 10 pages |
| Serious Materials Opposition to Motion for Review | February 8, 2008 | 10 pages |
| Supress' Reply in support of Motion for Review | February 11 2008 | 5 pages |
| Hearing | February 15, 2008, 9:00 a.m. | |

The following previous time modifications have been made in this case. On November 8, 2007, the parties stipulated to move (1) the deadline for completion of claim construction discovery from November 12, 2007 to December 21, 2007; (2) the deadline for Serious Materials to file and serve its opening brief and any evidence supporting its claim construction from November 26, 2007 to January 18, 2008; (3) the deadline for any party to a file a motion for summary judgment for infringement, non-infringement, validity or invalidity which is dependent on claim construction from November 26, 2007 to January 18, 2008; (4) the deadline for Supress to file and serve its responsive brief and any evidence supporting its claim construction from December 10, 2007 to February 8, 2008; (5) the deadline to file and serve opposition to any motion for summary judgment for infringement, non-infringement, validity or invalidity from December 10, 2007 to February 8, 2008; (6) the deadline for Serious Materials to file and serve its reply brief and any rebuttal evidence

1  supporting its claim construction from December 19, 2007 to February 18, 2008; and (7) the claim
2  construction hearing from January 8, 2008 to March 4, 2008.  Further, by Court order, on December
3  12, 2007, the Court moved the hearing on Supress' Exceptional Case Motion from January 18, 2008
4  to February 15, 2008.  And, on January 10, 2008, the Court entered an order shortening the time by
5  which Serious Materials' Motion for Leave to File its Rule 11 Motion was heard and setting Serious
6  Materials Rule 11 Motion for hearing on February 15, 2008.  There have been no other time
7  modifications in this case, by stipulation or by Court order.  This Stipulation will not impact any
8  other deadlines in the case.

10  IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

12  DATED: February 1, 2008.

13                                      REED SMITH LLP

15  By____/s/ Jonah D. Mitchell_____
       Morgan W. Tovey
16     Jonah D. Mitchell
       Attorneys for Defendant/Cross-Complainant
17     Supress Products, LLC

18  DATED: February 1, 2008.

19                                      FARELLA BRAUN & MARTEL LLP

21  By____/s/ June T. Tai_____
       John L. Cooper
22     Jeffery M. Fisher
       June T. Tai
23     Attorneys for Plaintiffs/Cross-Defendants
       Serious Materials, LLC

1   IT IS SO ORDERED.

3   DATED: _____Feb. 1_____, 2008.

         *Ronald M Whyte*
         _____
         Ronald M. Whyte
         UNITED STATES DISTRICT JUDGE