John L. Cooper (State Bar No. 050324)
Jeffrey M. Fisher (State Bar No. 155284)
June T. Tai (State Bar No. 226997)
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
jcooper@fbm.com
jfisher@fbm.com
jtai@fbm.com

Attorneys for Plaintiff and Counterdefendant
SERIOUS MATERIALS, LLC

*E-FILED - 6/17/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SERIOUS MATERIALS, LLC, a Delaware limited liability company,<br><br>            Plaintiff,<br><br>    v.<br><br>SUPRESS PRODUCTS, LLC, a Nevada limited liability company,<br><br>            Defendant, | Case No. C-07-01328-RMW-HRL<br><br>**[] ORDER GRANTING PLAINTIFF SERIOUS MATERIALS, LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Judge:   Honorable Ronald M. Whyte<br>Dept.:    Courtroom 6, 4th Floor<br><br>Complaint filed:   March 7, 2007 |
| AND RELATED COUNTERCLAIMS. | |

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

[ ORDER GRANTING MOTION TO
FILE UNDER SEAL (C 07-01328-RMW-HRL)

1  This matter comes before the Court on an administrative motion to file under seal portions
2  of Serious Materials, LLC's ("Serious Materials") Motion for Sanctions Pursuant to Federal Rule
3  of Civil Procedure 11, submitted January 11, 2008.
4  Having considered Serious Materials' administrative motion, as well as the pleadings and
5  materials lodged in this matter, the Court finds that good cause exists for an order sealing
6  documents.
7  **IT IS HEREBY ORDERED THAT** portions of Serious Materials' Opposition to
8  Supress Products, LLC's Motion for Sanctions Pursuant to Federal Rule of Civil Procedure 11,
9  submitted January 11, 2008, be filed under seal.
10  **IT IS SO ORDERED.**

13  Dated:  6/17/08

15  Honorable Ronald M. Whyte
   United States District Court Judge

17  21891\1423243.1

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

[] ORDER GRANTING MOTION TO
FILE UNDER SEAL (C 07-01328-RMW-HRL)

2