IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SERIOUS MATERIALS, LLC,

    Plaintiff,

    -v-

SUPRESS PRODUCTS, LLC,

    Defendant.

***E-FILED - 6/17/08***

CASE NO.: C-07-01328-RMW

**SEALING ORDER**

IT IS HEREBY ORDERED that defendant's reply brief in support of motion for "exceptional case" determination and for attorneys' fees and costs lodged with the court on January 4, 2008 shall be filed under seal.

IT IS SO ORDERED.

DATED: June 17, 2008

_____
RONALD M. WHYTE
United States District Judge

1
2
3
4   Copy of Order E-Filed to Counsel of Record:
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28